# Court of Appeals
# of the State of Georgia

ATLANTA, September 20, 2021

*The Court of Appeals hereby passes the following order*

**A22D0029. STEVEN A. WISE v. JENNEL G. WISE.**

   Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2018V000248



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, September 20, 2021.*

   *I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*